**Case No.** _____5:22-cv-80_____

# EXHIBIT "B"

438th District Court

## Case Summary

### Case No. 2021CI24542

| | | | |
|---|---|---|---|
| **Jennifer Gillis ET AL VS Community Products, LLC ET AL** | § | Location: | **438th District Court** |
| | § | Judicial Officer: | **438th, District Court** |
| | § | Filed on: | **11/29/2021** |

---

### Case Information

| | |
|---|---|
| Case Type: | OTHER INJURY OR DAMAGE |
| Case Status: | **11/29/2021  Pending** |

---

### Assignment Information

**Current Case Assignment**
Case Number      2021CI24542
Court            438th District Court
Date Assigned    11/29/2021
Judicial Officer 438th, District Court

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Gillis, Jennifer** | **ITKIN, CORY D** *Retained* |
| | **GILLIS, TORY** | **WRIGHT, CHRISTOPHER A** *Retained* |
| **Defendant** | **Church Communities NY Inc.** | |
| | **Community Products, LLC** | **GUERRA, JOHN A** *Retained* |
| | **Medical Wholesale, LLC** | **WILKES, JASON** *Retained* |
| | **North East Independent School District** | **LOPEZ, RICARDO R** *Retained* |
| | | **LOPEZ, RICARDO R** *Retained* |

---

### Events and Orders of the Court

| | |
|---|---|
| 11/29/2021 | New Cases Filed (OCA) |
| 11/29/2021 | PETITION |
| 11/29/2021 | JURY FEE PAID |
| 12/01/2021 | **Citation** Community Products, LLC Unserved Church Communities NY Inc. Unserved North East Independent School District |

Printed on 01/31/2022 at 1:55 PM

438th District Court

## Case Summary

### Case No. 2021CI24542

Unserved
Medical Wholesale, LLC
Unserved

12/15/2021
ORIGINAL ANSWER OF
*NORTH EAST INDEPENDENT SCHOOL DISTRICT, AFFIRMATIVE DEFENSES, AND PLEA TO THE JURISDICTION*

12/15/2021 MOTION TO SET
    *of Hearing on Defendant North East Indep. Sch. Dist.'s Plea to the Jurisdiction*

12/17/2021 AFFIDAVIT OF
    *Service ON Community Products, LLC d/b/a Rifton Equipment*

12/17/2021 NOTICE
    *OF Resetting Hearing on Defendant's Plea to the Jurisdiction*

12/20/2021 AFFIDAVIT OF
    *Saddi A. Frazier*

12/21/2021 **SETTING ON PLEA TO THE JURISDICTION** (8:30 AM)

12/23/2021 NOTICE
    *RESETTING HEARING ON PLEA TO THE JURISDICTION*

12/27/2021 NOTICE
    *Resetting Hearing (CORRECTED)*

12/31/2021 ORIGINAL ANSWER OF
    *MEDICAL WHOLESALE, LLC AND VERIFIED DENIAL*

01/04/2022 NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY OF
    *CHRISTOPHER A. WRIGHT*

01/07/2022 **SETTING ON PLEA TO THE JURISDICTION** (8:30 AM)
    12/28/2021 Reset by Court to 01/07/2022

01/10/2022 NOTICE OF HEARING
    *Defendant North East ISD's Plea to the Jurisdiction*

01/25/2022 NONSUIT
    *AS TO North East Independent School District and Medical Wholesale, LLC ONLY*

01/26/2022 **SETTING ON PLEA TO THE JURISDICTION** (8:30 AM)

01/31/2022 ORIGINAL ANSWER OF
    *COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT*

01/31/2022 JURY DEMAND JURY FEE NOT PAID

438th District Court

## Case Summary

Case No. 2021CI24542

FILED
11/29/2021 8:29 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Consuelo Gomez
Bexar County - 438th District Court

CAUSE NO. 2021CI24542    4 CITS PPS W/JD

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, | § | IN THE DISTRICT COURT OF |
| Individually and on behalf of the | § | |
| Estate of J.G., a minor, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| Community Products, LLC d/b/a Rifton | § | |
| Equipment, Church Communities NY Inc., | § | |
| North East Independent School District, | § | |
| and Medical Wholesale, LLC | § | |
| | § | |
| *Defendants.* | § | ___TH JUDICIAL DISTRICT |

## Plaintiffs' Original Petition

Jennifer Gillis and Tory Gillis, Individually and on behalf of the Estate of J.G., a minor

("Plaintiffs") complain of Community Products, LLC d/b/a Rifton Equipment, Church

Communities NY Inc., North East Independent School District, and Medical Wholesale, LLC

(all defendants collectively referred to as "Defendants") and would respectfully show unto the

Court the following:

### I.

### Jurisdiction and Venue

1.     The claims asserted arise under the common law of Texas.  This Court has

personal jurisdiction over Defendants because they are incorporated in Texas, have their

principal places of business in Texas, conduct substantial business in Texas, have continuous

and systematic contacts with the State of Texas, and/or the acts and omissions giving rise to

the claim occurred in Texas.

2.      Plaintiffs bring claims under the Texas Tort Claims Act ("TTCA"). This Court has jurisdiction over these claims because the TTCA waives Defendant North East Independent School District's ("NEISD") governmental immunity for claims involving personal injury or death resulting from the negligent acts and omissions of NEISD, Encino Park Elementary School, and/or their respective employees and agents acting within their scope of employment. TEX. CIV. PRAC. & REM. CODE § 101.021, 101.025. No exception to the waiver of immunity applies to reinstate NEISD's sovereign immunity for these claims, and NEISD received notice of Plaintiffs' claims as required by TEX. CIV. PRAC. & REM. CODE § 101.101.

3.      Venue is proper pursuant to Texas Civil Practice and Remedies Code, Section 15.002. This case is not removable to federal court because there is not complete diversity.

## II.

### Discovery Level

4.      Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## III.

### Parties

5.      Plaintiffs Jennifer Gillis and Tory Gillis are residents and citizens of Texas. Plaintiffs are the surviving parents of J.G., a deceased minor, and are Plaintiffs in their own capacities. Plaintiffs also bring this suit on behalf of the Estate of J.G. They bring this action pursuant to TEX. CIV. PRAC. & REM. CODE § 71.004 for their benefit and "for the benefit of all" persons entitled to recover damages as a result of J.G.'s death.

6.      Defendant **Community Products, LLC d/b/a Rifton Equipment** is a foreign corporation which conducts a substantial amount of business in Texas.  Defendant Community Products, LLC may be served with process through its registered agent: United Corporate Services, Inc., 815 Brazos Street Suite 500, Austin, Texas 78701.

7.      Defendant **Church Communities NY Inc.** is a foreign corporation which conducts a substantial amount of business in Texas.  Defendant Church Community NY Inc. may be served with process through its registered agent: Paracorp Incorporated, 3610 N. Josey Ln Suite 223, Carrollton, Texas 75007.

8.      Defendant **North East Independent School District ("NEISD")** is a governmental agency as defined by the TTCA and is located in Bexar County, Texas. Defendant NEISD may be served with process by serving its Superintendent, Dr. Sean A. Maika, 8961 Tesoro Drive, San Antonio, Texas 78217, or wherever he may be found.

9.      Defendant **Medical Wholesale, LLC** is a Texas limited liability company with its headquarters in San Antonio, Texas.  Defendant Medical Wholesale, LLC may be served with process through its registered agent: Joseph B. Lawrence, 1270 N. Loop 1604 E., Suite 1306, San Antonio, Texas 78232.

**IV.**

**Facts**

10.     This case arises out of the tragic, wrongful death of a minor child.  On or about November 4, 2020, J.G., a four-year-old with severe learning and physical disabilities, was strangled while using a Rifton Activity Chair 830 (pictured below).  Emergency resuscitation efforts were unsuccessful, and J.G. suffered a tragic death on November 8, 2020.

3



11.     The Rifton Activity Chair was recommended, ordered, loaned, leased, and/or delivered to his home without instructions by Encino Park Elementary School and Defendant NEISD.  The Rifton Activity Chair was manufactured, designed, distributed, and/or sold by Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC.

12.     Plaintiffs hereby incorporate and re-allege all prior paragraphs as if fully set forth herein.

13.     Defendants were negligent, negligent *per se*, and grossly negligent for the following reasons:

  a.  Improperly recommending, ordering, loaning, leasing and/or delivering the chair in question;

  b.  Failing to discover dangers of the Rifton Activity Chair and its component parts that Defendants knew or should have known about;

4

    c.  Failing to disclose dangers of the Rifton Activity Chair and its component parts that Defendants knew or should have known about;

    d.  Failing to provide adequate equipment;

    e.  Failing to inspect the Rifton Activity Chair and its component parts;

    f.  Failing to properly maintain the Rifton Activity Chair and its component parts;

    g.  Failing to hire qualified and adequately trained employees and/or agents;

    h.  Failing to properly train their employees and/or agents;

    i.  Failing to supervise their employees and/or agents;

    j.  Failing to create and/or enforce adequate safety policies and procedures;

    k.  Failing to take proper action to prevent the incident in question;

    l.  Failing to provide adequate instructions to Plaintiffs;

    m.  Failing to provide adequate warnings to Plaintiffs;

    n.  Vicariously liable for their employees and/or agents;

    o.  Violating applicable government regulations, laws, and rules; and

    p.  Other acts deemed negligent and grossly negligent.

14.    Moreover, Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC manufactured, designed, distributed and/or sold the products – including the Rifton Activity Chair and its component parts – with design, manufacturing, and/or marketing defects.

15.    *Marketing Defect and Failure to Warn*: The products were designed, manufactured, distributed, and/or sold with one or more marketing defects.

    a.  There was an unreasonable risk in the intended or reasonably foreseeable use of such products;

b. Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC knew, foresaw, or should have known about the aforementioned risk;

c. Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC failed to adequately warn Plaintiffs of the risks, failed to instruct Plaintiffs of the aforementioned risks, and/or failed to adequately instruct Plaintiffs how to avoid the dangers; and

d. The marketing defect(s) rendered the products unreasonably dangerous.

16.    *Design Defect*:  The products were designed, manufactured, distributed and/or sold with one or more design defects.

a. Community Products, LLC and Church Community NY Inc. designed the products and knew of safer alternative designs that were available at the time of production;

b. The safer alternative designs would have prevented or significantly reduced the aforementioned risks without substantially impairing the products' utility;

c. The safer alternative designs were economically and technologically feasible at the time the products left Community Products, LLC and Church Community NY Inc.'s control; and

d. The design defect(s) rendered the products unreasonably dangerous.

17.    *Manufacturing Defect*:  The products were designed, manufactured, distributed, and/or sold with one or more manufacturing defects.  Community Products, LLC and Church Community NY Inc. manufactured the conditions, and at the time, deviated in the quality of construction, plan, and/or specifications rendering the condition unreasonably dangerous.

18.    The design, manufacturing, and/or marketing defect(s) rendered the products unreasonably dangerous.

19.    The design, manufacturing, and/or marketing defect(s), which rendered the products unreasonably dangerous, were the producing causes to Plaintiffs' injuries.

6

20.     Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC, at all times relevant to this action, engaged in the business of designing, manufacturing, marketing, maintaining, distributing, or selling Rifton Activity Chairs and component parts.

21.     Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC knew or intended that the Rifton Activity Chair and component parts designed, manufactured, marketed, maintained, distributed, or sold by Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC would be purchased, leased, or used by persons without the ability to adequately inspect the component parts of the product. Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC expressly represented to potential users that its Rifton Activity Chairs were safe for use.

22.     The Rifton Activity Chair and component parts were defective and unsafe for its intended purpose.

23.     Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC knew or should have known that:

      a. The Rifton Activity Chair and its component parts and others substantially similar to its designed, manufactured, marketed, distributed, maintained, leased, or sold by Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC were defective and dangerous;

      b. The Rifton Activity Chair and its component parts and others substantially similar to it could not safely be used for the purposes for which they were intended;

      c. The Rifton Activity Chair and its component parts and others substantially similar to it were defective and dangerous, and in conscious disregard of the safety of the public, placed them in the stream of commerce within public markets without warning of the defect;

      d. The Rifton Activity Chair and its component parts and others substantially

7

similar to it were placed in the stream of commerce for use without informing passenger and the public of its defects;

e. The Rifton Activity Chair and its component parts and others substantially similar to it were safe when in fact they were not;

24.    Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC in designing, manufacturing, marketing, distributing, maintaining, leasing, or selling the Rifton Activity Chair and its component parts and others substantially similar to it had a duty to Plaintiffs to do so in a reasonable manner and to ensure that the product was without defect.  Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC breached these duties by placing the defective product into the stream of commerce when they knew or reasonably should have known of the Rifton Activity Chair's defective nature and of its propensity to cause harm to individuals such as Plaintiffs.

25.    By placing the Rifton Activity Chair and its component parts and others substantially similar to it in the stream of commerce, Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC impliedly represented that they were safe for the purpose for which they were intended.  Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC made further express representations through their product labeling, marketing materials, manuals, and other documents that the Rifton Activity Chair and its component parts were safe.  As a direct and proximate result of Community Products, LLC, Church Community NY Inc., and Medical Wholesale, LLC's conduct in the designing, manufacturing, marketing, maintaining, distributing, leasing, or selling the defective Rifton Activity Chair and its component parts, Plaintiffs have been injured and suffered damages.

26.     Community Products, LLC and Church Community NY Inc., their agents, servants, and employees impliedly and expressly warranted that they would properly, adequately, and safely design and manufacture the products.  Community Products, LLC and Church Community NY Inc., their agents, servants, and employees breached these warranties in or more of the following ways:

   a.  Failing to perform their work in a good and workmanlike manner;

   b.  Failing to properly design the products;

   c.  Failing to properly design the products' component parts;

   d.  Failing to adequately design the products;

   e.  Failing to properly test the products;

   f.  Failing to properly test the products' component parts;

   g.  Failing to provide the products for its intended purpose;

   h.  Failing to provide the products' component parts for their intended purposes; and

   i.  Other various breaches of warranty.

27.     Plaintiffs suffered injuries and direct damages as a proximate cause of Community Products, LLC and Church Community NY Inc.'s breach of the express and implied warranties.  Further, Plaintiffs suffered actual and consequential damages as a proximate cause of Community Products, LLC and Church Community NY Inc.'s breach of the express and implied warranties.

28.     As a direct and proximate cause of Defendants' negligence, negligence per se, gross negligence, and the design, manufacturing, and marketing defects, Decedent sustained severe physical pain, fear, mental anguish, emotional distress, and died.  Plaintiffs lost their

9

beloved son. Plaintiffs and Decedent have sustained in the past, and will continues to sustain in the future:

    a.    Pre-death physical pain and suffering;

    b.    Pre-death mental pain, suffering, emotional distress, and mental anguish;

    c.    Loss of earning capacity and inheritance;

    d.    Loss of fringe benefits;

    a.    Past and future pecuniary loss;

    b.    Past and future loss of services and support;

    c.    Past and future loss of nurture, guidance, care, and instruction;

    d.    Loss of enjoyment of life;

    e.    Past and future loss of future pecuniary support;

    f.    Past and future loss of society and companionship;

    g.    Past and future emotional distress and mental anguish; and

    h.    Past and future medical expenses;

    i.    Funeral and burial expenses; and

    j.    All other damages recoverable under the law.

29.    In addition, Plaintiffs are entitled to punitive damages because the aforementioned actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of J.G.'s (and others') health and safety. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to J.G. and others. Defendants had actual, subjective awareness of the risk, and consciously disregarded such risk. Accordingly, Plaintiffs are entitled to and seek exemplary damages.

30.    Pursuant to Rule 47, Plaintiffs seek monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

## V.

## Jury Demand

31.    Plaintiffs hereby demand a trial by jury on all issues.

## VI.

## Prayer

Plaintiffs pray that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiffs have judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, punitive damages, and all such other and further relief, to which they may show themselves justly entitled.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

11

FILED
12/15/2021 1:47 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Irene H. Torres
Bexar County - 438th District Court

## Cause No. 2021CI24542

| | | |
|---|---|---|
| **Jennifer Gillis and Tory Gillis,** | § | **In the District Court** |
| **Individually and on behalf of the** | § | |
| **Estate of J.G., a minor,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **vs.** | § | **438th Judicial District** |
| | § | |
| **Community Products, LLC d/b/a Rifton** | § | |
| **Equipment, Church Communities NY Inc.,** | § | |
| **North East Independent School District,** | § | |
| **and Medical Wholesale, LLC,** | § | |
| *Defendants.* | § | **Bexar County, Texas** |

## DEFENDANT NORTH EAST INDEPENDENT SCHOOL DISTRICT'S ORIGINAL ANSWER, AFFIRMATIVE DEFENSES, AND PLEA TO THE JURISDICTION

Defendant North East Independent School District ("NEISD" or the "District") files its Original Answer, Affirmative Defenses, and Plea to the Jurisdiction in this proceeding as follows:

### I.
### General Denial

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, NEISD generally denies all of the claims and allegations set forth in Plaintiffs' Original Petition, and demands strict proof thereof by a preponderance of the evidence.

### II.
### Reservation of Right to Amend

Subject to the foregoing general denial, and without waiving the same, NEISD specifically reserves the right to answer the allegations contained in Plaintiffs' Original Petition more fully at a later date when the facts concerning the same may be more exactly developed.

### III.
### Affirmative Defenses

Pursuant to Rule 94 of the Texas Rules of Civil Procedure, for further answer, and without waiving the foregoing, NEISD hereby asserts the following jurisdictional and affirmative defenses:

1.   NEISD is immune from Plaintiffs' claims.

2.   To the extent NEISD's immunity has been waived, which it has not, Plaintiffs' maximum recovery is limited to $100,000 under Section 101.023(b) of the Civil Practice and Remedies Code.

### IV.
### Plea to the Jurisdiction

In this lawsuit, Plaintiffs bring direct negligence claims against NEISD based on the allegation that the District "recommended, ordered, loaned, leased, and/or delivered to [J.G.'s] home" the Rifton Activity Chair in which he unfortunately perished. However, the Texas Tort Claims Act only waives NEISD's governmental immunity for claims that arise from the negligent operation or use of a motor-driven vehicle by an employee acting within his scope of employment. *See* Tex. Civ. Prac. & Rem. Code §§ 101.021(1)(A); 101.051. Since Plaintiffs' claims against NEISD do not fall within this limited waiver of immunity, NEISD's immunity remains intact and Plaintiffs' lawsuit must be dismissed because the Court lacks subject-matter jurisdiction over such claims.

**A.      Standard For Granting A Plea To The Jurisdiction**

A plea to the jurisdiction is a dilatory plea designed to defeat a cause of action without regard to the merits of the claim. *See Mission Consol. Indep. Sch. Dist. v. Garcia*, 372 S.W.3d 629, 635 (Tex. 2012). A movant may file a plea to the jurisdiction on any ground for which it claims the trial court lacks subject-matter jurisdiction. *See City of Austin v. L.S. Ranch, Ltd.*, 970 S.W.2d 750, 752 (Tex. App.—Austin 1998, no pet.). The trial court must then determine "at its earliest

opportunity whether it has the constitutional or statutory authority to decide the case." *Tex. Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 226 (Tex. 2004).

In deciding a plea to the jurisdiction, the trial court must not weigh the merits of the claim; rather, it should consider only the plaintiffs' pleadings and any evidence necessary to resolve the issue of jurisdiction. *See County of Cameron v. Brown*, 80 S.W.3d 549, 555 (Tex. 2002). The burden is on the plaintiffs to allege facts affirmatively showing that the trial court has subject-matter jurisdiction. *See City of Dallas v. First Trade Union Savs. Bank*, 133 S.W.3d 680, 684 (Tex. App.—Dallas 2003, pet. denied). When a lawsuit is barred by governmental immunity, "dismissal with prejudice for want of jurisdiction is proper." *City of Houston v. Rushing*, 7 S.W.3d 909, 914 (Tex. App.—Houston [1st Dist.] 1999, pet. denied) (en banc).

## B.      NEISD's Governmental Immunity In General

The common-law doctrine of sovereign immunity provides that the state cannot be sued without its consent. *See City of Houston v. Williams*, 353 S.W.3d 128, 134 (Tex. 2011). As an independent school district, NEISD is a political subdivision of the state that enjoys protection under the analogous concept of governmental immunity, which "operates like sovereign immunity to afford similar protection to subdivisions of the state, including counties, cities, and school districts." *Harris County v. Sykes*, 136 S.W.3d 635, 638 (Tex. 2004). Governmental immunity "exists to protect the government from lawsuits and liability for money damages," *Linbeck Constr. Corp. v. City of Grand Prairie*, 293 S.W.3d 896, 899 (Tex. App.—Dallas 2009, pet. denied), as such lawsuits "hamper governmental functions by requiring tax resources to be used for defending lawsuits and paying judgments rather than using those resources for their intended purposes." *Garcia*, 253 S.W.3d at 655.

Thus, in a suit against a government entity like a school district, the plaintiff must affirmatively demonstrate the court's subject-matter jurisdiction by alleging a valid waiver of immunity. *See Dallas Area Rapid Transit v. Whitley*, 104 S.W.3d 540, 542 (Tex. 2003). When no such waiver exists, the lawsuit is barred by that immunity and "dismissal with prejudice for want of jurisdiction is proper." *See Rushing*, 7 S.W.3d at 914.[1]

## C.      The Texas Tort Claims Act's Limited Waiver Of Immunity

Section 101.051 of the Tort Claims Act limits the Act's own application to school districts such that it only waives immunity for claims arising from the negligent operation or use of a motor vehicle by an employee of the district who is acting within the scope of his employment. *See* Tex. Civ. Prac. & Rem. Code §§ 101.021(1)(A); 101.051 ("Except as to motor vehicles, this chapter does not apply to a school district.").

The Texas Supreme Court has provided helpful definitions for each of these operative words and phrases. "Arises from" requires "a nexus between the injury negligently caused by a governmental employee and the operation or use of a motor-driven vehicle" which involves more than the mere involvement of the vehicle; "operation" means "a doing or performing of a practical work"; and "use" means "to put or bring into action or service; to employ for or apply to a given purpose." *LeLeaux v. Hamshire-Fannett Indep. Sch. Dist.*, 835 S.W.2d 49, 51 (Tex. 1992). The Fourteenth Court of Appeals examined various statutory definitions and judicial interpretations of the term "vehicle" and found:

> The definition of 'vehicle' must logically be said to implicitly contain the concept that the device was designed to transport people or property upon the public highway. If a vehicle is simply every device which conceivably 'may be' used to transport persons or property, in the sense of 'might' be used, then a vast array of

---

[1] Significantly, a public school district's governmental immunity is not waived by the Texas Education Code's language that public school districts may "sue and be sued." *Satterfield & Pontikes Const., Inc. v. Irving Indep. Sch. Dist.*, 197 S.W.3d 390, 391 (Tex. 2006); Tex. Educ. Code § 11.151(a).

self-propelled devices having no relation to the public highways would be included in these statutes governing the public roads and highways.

*See Brookshire v. Houston Indep. Sch. Dist.*, 508 S.W.2d 675, 678 (Tex. App.—Houston [14th Dist.] 1974, no writ) (internal citations omitted) (holding that a forklift is not a vehicle for purposes of the Tort Claims Act's limited waiver).

Simply put, Plaintiffs' allegations do not involve a motor vehicle, much less one being operated by an NEISD employee. Therefore, Plaintiffs have failed to allege facts that demonstrate an applicable waiver of NEISD's governmental immunity.

## V.
## Conclusion and Prayer

As set forth above, NEISD's immunity has not been waived for any claim that could be brought under the factual circumstances alleged by Plaintiffs, and as a result these claims must be dismissed with prejudice for want of subject-matter jurisdiction.

Respectfully submitted,

**SCHULMAN, LOPEZ,**
**HOFFER & ADELSTEIN, LLP**

By PDay

RICARDO R. LOPEZ
State Bar No. 24013059
Email: rlopez@slh-law.com
BRYAN P. DAHLBERG
State Bar No. 24065113
Email: bdahlberg@slh-law.com
845 Proton Road
San Antonio, Texas 78258
Telephone:      210-538-5385
Facsimile:      210-538-5384

**ATTORNEYS FOR DEFENDANT**
**NORTH EAST INDEPENDENT**
**SCHOOL DISTRICT**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on Plaintiffs' counsel of record on

December 15, 2021, by electronic filing service as follows:

Jason A. Itkin and Cory D. Itkin
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, Texas 77007
Email: e-service@arnolditkin.com
        jaiteam@arnolditkin.com
        jitkin@arnolditkin.com
        citkin@arnolditkin.com

_____
Attorney for Defendant, North East
Independent School District

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cynthia Pacheco on behalf of Bryan Dahlberg
Bar No. 24065113
cpacheco@slh-law.com
Envelope ID: 60052059
Status as of 12/16/2021 2:23 PM CST

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ricardo R.Lopez | | rlopez@slh-law.com | 12/15/2021 1:47:12 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 12/15/2021 1:47:12 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 12/15/2021 1:47:12 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 12/15/2021 1:47:12 PM | SENT |

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/15/2021 1:47:12 PM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/15/2021 1:47:12 PM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/15/2021 1:47:12 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/15/2021 1:47:12 PM | SENT |

FILED
12/17/2021 12:23 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Roy Bais

Case 5:22-cv-00080-XR   Document 1-2   Filed 01/31/22   Page 23 of 52

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Bexar**                    **438th Judicial District Court**

Case Number: 2021CI24542

Plaintiff:
**Jennifer Gillis and Tory Gillis, individually and on behalf of the Estate of J. G., a minor**

vs.

Defendant:
**Community Products, LLC d/b/a Rifton Equipment, Church Communities NY, Inc., North East Independent School District, and Medical Wholesale, LLC**

For:
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, TX 77007

Received by Mike Techow on the 13th day of December, 2021 at 12:40 pm to be served on **Community Products, LLC d/b/a Rifton Equipment by serving its Registered Agent, United Corporate Services, Inc., 815 Brazos Street, Suite 500, Austin, Travis County, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **13th day of December, 2021** at **3:15 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Citation and Plaintiffs' Original Petition** with the date of service endorsed thereon by me, to: **Katy Klifford** as **Authorized agent** at the address of: **815 Brazos Street, Suite 500, Austin, Travis County, TX 78701** on behalf of **Community Products, LLC d/b/a Rifton Equipment**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: White, Height: 5'11", Weight: 175, Hair: Black, Glasses: N

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on December 13th, 2021 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 13th
day of December, 2021 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**PM Legal, LLC**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(347) 859-8821**

Our Job Serial Number: MST-2021009429
Ref: 5791876

AFFIDAVIT OF SERVICE



P5791876

ARNOLD & ITKIN TRIAL LAWYERS    LETICIA SAAVEDRA
IN THE DISTRICT COURT OF BEXAR COUNTY, TEXAS 438TH DISTRICT COURT
JENNIFER FILLIS AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE
ESTATE OF J.G., A MINOR

                                           PLAINTIFF

– vs –

COMMUNITY PRODUCTS, LLC D/B/A RIFTON EQUIPMENT, ET AL.,

                                           DEFENDANT

index No. 2021CI24542

Date Filed
File No. 376157
Court Date:
AFFIDAVIT OF SERVICE

STATE OF _Texas_ , COUNTY OF _Bexar_ :SS:

_Mike Techow_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Texas_ .

On _December 13, 2021_ at _3:15 PM_ ,

at **UNITED CORPORATE SERVICES, INC. 815 BRAZOS STREET, SUITE 500 AUSTIN, TX 78701**

deponent served the within **CITATION, PLAINTIFFS' ORIGINAL PETITION** on: **COMMUNITY PRODUCTS, LLC D/B/A RIFTON EQUIPMENT**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL     By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION    By delivering a true copy of each to _Katy Klifford_ personally,

                     deponent knew the person so served to be the _Authorized Agent_ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE        By delivering a true copy of each to _____ a person
AGE PERSON        of suitable age and discretion.
                     Said premises is **DEFENDANT's: [ ]** actual place of business  **[ ]** dwelling house (usual place of abode) within the state.

____ #4 AFFIXING        By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:[ ]** actual place of business  **[ ]** dwelling house (usual place of abode) within the
TO DOOR          state.

                     Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

                     on the _____ day of _____ at _____
                     on the _____ day of _____ at _____
                     on the _____ day of _____ at _____
                     on the _____ day of _____ at _____
                     Address confirmed by

____ #5 MAIL COPY     On ~~_____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper

                     addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION   Deponent describes the person served as aforesaid to the best of deponent's
(USE WITH #1, 2 OR 3)   ability at the time and circumstances of the service as follows.

                     Sex: _F_           Color: _White_        Hair: _Black_
                     Age: _28_          Height: _5'11"_       Weight: _175_
                     OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the
                     amount of $ _____

____ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

_Marie Henry_    _12/15/21_

NOTARY NAME & DATE

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 8-AITL-5791876

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Allara Klein on behalf of Cory Itkin
Bar No. 24050808
aklein@arnolditkin.com
Envelope ID: 60133179
Status as of 12/17/2021 2:05 PM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/17/2021 12:23:21 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/17/2021 12:23:21 PM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/17/2021 12:23:21 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/17/2021 12:23:21 PM | SENT |

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ricardo R.Lopez | | rlopez@slh-law.com | 12/17/2021 12:23:21 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 12/17/2021 12:23:21 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 12/17/2021 12:23:21 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 12/17/2021 12:23:21 PM | SENT |

FILED
12/20/2021 4:07 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Shaamid M Gaitan
Bexar County - 438th District Court

P5791900

AFFIDAVIT OF SERVICE

ARNOLD & ITKIN TRIAL LAWYERS    LETICIA SAAVEDRA
IN THE DISTRICT COURT OF BEXAR COUNTY, TEXAS 438TH DISTRICT COURT
JENNIFER FILLIS AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE
ESTATE OF J.G., A MINOR

                                              index No. 2021CI24542
                                PLAINTIFF
                                              Date Filed
                  - vs -                      File No. 376157
COMMUNITY PRODUCTS, LLC D/B/A RIFTON EQUIPMENT, ET AL.,    Court Date:
                                DEFENDANT     AFFIDAVIT OF SERVICE

STATE OF _____ *TEXAS* _____, COUNTY OF _____ *BEXAR* _____ :SS:

_____ *SADDI A. FRAZIER* _____, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _____ *TEXAS* _____.

On _____ *DECEMBER 13, 2021* _____ at _____ *4:51PM* _____,

at **JOSEPH B. LAWRENCE 1270 N. LOOP 1604 E., SUITE 1306 SAN ANTONIO, TX 78232**

_____,

deponent served the within **CITATION, PLAINTIFFS' ORIGINAL PETITION** on: **MEDICAL WHOLESALE, LLC,** the **DEFENDANT** therein named.

| | | |
|---|---|---|
| _____ #1 INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. | |
| X #2 CORPORATION | By delivering a true copy of each to *DANU M. FOX, AGENT AUTHORIZED TO RECEIVE FOR* personally, *REGISTERED AGENT JOSEPH B LAWRENCE* deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation. | |
| _____ #3 SUITABLE AGE PERSON | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. | |
| _____ #4 AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**:[ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. | |

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

_____ #5 MAIL COPY    ~~On _____ I deposited in the United States mail a true~~ copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of deponent's (USE WITH #1, 2 OR 3) ability at the time and circumstances of the service as follows.
Sex: *FEMALE*    Color: *WHITE*    Hair: *BLACK*
Age: *45*    Height: *5'4"*    Weight: *160*
OTHER IDENTIFYING FEATURES: _____

_____ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

_____ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

_____ #9 OTHER

NOTARY NAME & DATE _____    *12/14/2021*

                                    *SADDI A. FRAZIER PSC 12508 Ex. 3/31/2022*
ANTHONY DEUCE LOPEZ                  PM Legal, LLC
Notary Public, State of Texas        1235 BROADWAY 2ND FLOOR
Comm. Expires 10-02-2024             NEW YORK, NY 10001
Notary ID 132708658                  Reference No: 8-AITL-5791900

Copy from re:SearchTX

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Bexar**                    **438th Judicial District Court**

Case Number: 2021CI24542

Plaintiff:
**JENNIFER GILLIS AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR**

vs.

Defendant:
**COMMUNITY PRODUCTS, LLC D/B/A RIFTON EQUIPMENT; CHURCH COMMUNITIES NY INC.; NORTH EAST INDEPENDENT SCHOOL DISTRICT; AND MEDICAL WHOLESALE, LLC**

Received by Saddi A Frazier on the 13th day of December, 2021 at 12:04 pm to be served on **Medical Wholesale, LLC by serving its Registered Agent Joseph B Lawrence, 1270 N. Loop 1604 E., Suite 1306, San Antonio, Bexar County, TX 78232.**

I, Saddi A Frazier, being duly sworn, depose and say that on the **13th day of December, 2021 at 4:51 pm, I:**

**DELIVERED** a true copy of the **Citation and Plaintiff's Original Petition** to **Medical Wholesale, LLC** with the date of service endorsed thereon by me, by handing to **Dawn M. Fox** as **Agent authorized to receive** for **Medical Wholesale, LLC**, in person,  at the address of: **1270 N. Loop 1604 E., Suite 1306, San Antonio, Bexar County, TX 78232**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Black, Glasses: N

I am a private process server authorized by the Texas Judicial Branch Certification Commission. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above.  I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

ANTHONY DEUCE LOPEZ
Notary Public, State of Texas
Comm. Expires 10-02-2024
Notary ID 132708658

State of _TEXAS_ , County of _BEXAR_

Subscribed and Sworn to before me on the _14TH_ day of _DECEMBER_ , _2021_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Saddi A Frazier**
PSC 12568 Ex. 3/31/2022

**PM Legal**
**1235 Broadway, 2nd Floor**
**New York, NY 10001**
**(212) 233-4040**

Our Job Serial Number: WDL-2021001790
Ref: 5791900

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Allara Klein on behalf of Cory Itkin
Bar No. 24050808
aklein@arnolditkin.com
Envelope ID: 60194556
Status as of 12/21/2021 9:33 AM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/20/2021 4:07:13 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/20/2021 4:07:13 PM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 12/20/2021 4:07:13 PM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/20/2021 4:07:13 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/20/2021 4:07:13 PM | SENT |

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ricardo R.Lopez | | rlopez@slh-law.com | 12/20/2021 4:07:13 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 12/20/2021 4:07:13 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 12/20/2021 4:07:13 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 12/20/2021 4:07:13 PM | SENT |

FILED
12/31/2021 3:35 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 438th District Court

Case 5:22-cv-00080-XR   Document 1-2   Filed 01/31/22   Page 29 of 52

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| JENNIFER GILLIS AND TORY GILLIS, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND ON BEHALF OF THE | § | |
| ESTATE OF J.G., A MINOR, | § | |
| | § | |
| *Plaintiffs* | § | |
| VS. | § | 438TH JUDICIAL DISTRICT |
| | § | |
| COMMUNITY PRODUCTS, LLC D/B/A | § | |
| RIFTON EQUIPMENT, CHURCH | § | |
| COMMUNITIES NY INC., NORTH EAST | § | |
| INDEPENDENT SCHOOL DISTRICT, AND | § | |
| MEDICAL WHOLESALE, LLC | § | |
| | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

## MEDICAL WHOLESALE, LLC'S ORIGINAL ANSWER AND VERIFIED DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Medical Wholesale, LLC, Defendant in the above numbered and styled cause, files this, its original answer and respectfully shows the following:

### I. General Denial

Pursuant to Texas Rule of Civil Procedure 92, Medical Wholesale, LLC, generally denies the allegations contained in Plaintiffs' original and live pleadings and respectfully requests that Plaintiff be required to prove their claims by a preponderance of the evidence as required by law.

### II. Verified Denial

Defendant denies that it is a proper party to this lawsuit. Specifically Defendant denies that it manufactured or sold the subject Rifton Activity Chair 830 as alleged by Plaintiff. Accordingly there is a defect of the parties.

### III. Jury Demand

Pursuant to rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury and will tender the applicable jury fee with this answer.

WHEREFORE, PREMISES CONSIDERED, Defendant, Medical Wholesale, LLC prays that Plaintiff take nothing by this suit and that Defendant go hence without delay, and for such other and further relief, both general and special, at and in equity, to which Defendant may show themselves justly entitled.

Respectfully submitted,

**MAYER, LLP**
4040 Broadway, Suite 240
San Antonio, Texas 78209
214-379-6900 / Fax 214-379-6939

By: __/s Jason Wilkes_____
       Zach T. Mayer
       State Bar No. 24013118
       zmayer@mayerllp.com
       Jason Wilkes
       State Bar No. 24093368
       jwilkes@mayerllp.com
       Steve Barnett
       State Bar No. 24092086
       sbarnett@mayerllp.com

**ATTORNEYS FOR DEFENDANT**
**MEDICAL WHOLESALE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was e-filed to all parties of record on this 31st day of December, 2021.

/s/ Jason Wilkes
Jason Wilkes

Jason A. Itkin
Cory D. Itkin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

## **VERIFICATION**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jason Wilkes who, being by me duly sworn upon his oath, deposed and stated that he is duly qualified and authorized in all respects to make this verification on behalf of Defendant, that he has read the above and foregoing Original Answer with Verified Denial, and that the factual statements contained Paragraph 2 of the are within his personal knowledge and are true and correct.

*Jason Wilkes*
_____
Jason Wilkes

SWORN TO AND SUBSCRIBED TO BEFORE ME on the 31st Day of December, 2021.

*Sandra A. Spindel*
_____
Notary Public, State of Texas

Sandra A. Spindel
Notary Public, State of Texas
Comm. Expires 11-23-2022
Notary ID 128456543

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Henson on behalf of Jason Wilkes
Bar No. 24093368
lhenson@mayerllp.com
Envelope ID: 60419689
Status as of 1/4/2022 8:39 AM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/31/2021 3:35:24 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/31/2021 3:35:24 PM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 12/31/2021 3:35:24 PM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 12/31/2021 3:35:24 PM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 12/31/2021 3:35:24 PM | SENT |

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ricardo R.Lopez | | rlopez@slh-law.com | 12/31/2021 3:35:24 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 12/31/2021 3:35:24 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 12/31/2021 3:35:24 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 12/31/2021 3:35:24 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chrysa Williams | | CWilliams@mayerllp.com | 12/31/2021 3:35:24 PM | SENT |

Associated Case Party: Medical Wholesale, LLC

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Lisa Henson on behalf of Jason Wilkes
Bar No. 24093368
lhenson@mayerllp.com
Envelope ID: 60419689
Status as of 1/4/2022 8:39 AM CST

Associated Case Party: Medical Wholesale, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zach Mayer | | zmayer@mayerllp.com | 12/31/2021 3:35:24 PM | SENT |
| Jason Wilkes | | jwilkes@mayerllp.com | 12/31/2021 3:35:24 PM | SENT |
| Steven Barnett | | sbarnett@mayerllp.com | 12/31/2021 3:35:24 PM | SENT |

FILED
1/4/2022 3:51 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera
Bexar County - 438th District Court

Case 5:22-cv-00080-XR   Document 1-2   Filed 01/31/22   Page 35 of 52

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| JENNIFER GILLIS AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR, | § § § § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 438TH JUDICIAL DISTRICT |
| | § | |
| COMMUNITY PRODUCTS, LLC D/B/A RIFTON EQUIPMENT, CHURCH COMMUNITES NY INC., NORTH EAST INDEPENDENT SCHOOL DISTRICT, AND MEDICAL WHOLESALE, LLC, | § § § § § § | |
| | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys, Jonathan D. Pauerstein and Christopher A. Wright, hereby appear in the above-styled cause as additional counsel of record for Plaintiffs and request that all future correspondence, pleadings, and other documents in this case be served upon them at the address referenced below.

Respectfully submitted,

*/s/ Christopher A. Wright*
Jonathan D. Pauerstein
State Bar No. 15637500
jpauerstein@rpsalaw.com
Christopher A. Wright
State Bar No. 24082114
cwright@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212

1

777701.1
83111.00002

Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 4, 2022, a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure on the following:

Jason A. Itkin
Cory D. Itkin
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
*Attorneys for Plaintiffs*

Ricardo R. Lopez
Bryan P. Dahlberg
SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP
845 Proton Road
San Antonio, Texas 78258
Telephone: (210) 538-5385
Facsimile: (210) 538-5384
rlopez@slh-law.com
bdalhberg@slh-law.com
*Attorneys for North East*
*Independent School District*

*/s/ Christopher A. Wright*
Christopher A. Wright

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Delbert Trevino on behalf of Christopher Wright
Bar No. 24082114
dtrevino@rpsalaw.com
Envelope ID: 60486521
Status as of 1/5/2022 4:37 PM CST

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ricardo R.Lopez | | rlopez@slh-law.com | 1/4/2022 3:51:17 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 1/4/2022 3:51:17 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 1/4/2022 3:51:17 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 1/4/2022 3:51:17 PM | SENT |

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/4/2022 3:51:17 PM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/4/2022 3:51:17 PM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 1/4/2022 3:51:17 PM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chrysa Williams | | CWilliams@mayerllp.com | 1/4/2022 3:51:17 PM | SENT |

Associated Case Party: TORY GILLIS

| Name |
|------|
| Cory Itkin |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Delbert Trevino on behalf of Christopher Wright
Bar No. 24082114
dtrevino@rpsalaw.com
Envelope ID: 60486521
Status as of 1/5/2022 4:37 PM CST

Associated Case Party: TORY GILLIS

| | | | | |
|---|---|---|---|---|
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/4/2022 3:51:17 PM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/4/2022 3:51:17 PM | SENT |

Associated Case Party: Medical Wholesale, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zach Mayer | | zmayer@mayerllp.com | 1/4/2022 3:51:17 PM | SENT |
| Jason Wilkes | | jwilkes@mayerllp.com | 1/4/2022 3:51:17 PM | SENT |
| Steven Barnett | | sbarnett@mayerllp.com | 1/4/2022 3:51:17 PM | SENT |

FILED
1/25/2022 11:36 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Bianca Salinas
Bexar County - 438th District Court

Case 5:22-cv-00080-XR   Document 1-2   Filed 01/31/22   Page 39 of 52

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, | § | IN THE DISTRICT COURT OF |
| Individually and on behalf of the | § | |
| Estate of J.G., a minor, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| Community Products, LLC d/b/a Rifton | § | |
| Equipment, Church Communities NY Inc., | § | |
| North East Independent School District, | § | |
| and Medical Wholesale, LLC, | § | |
| | § | |
| *Defendants.* | § | 438th JUDICIAL DISTRICT |

## Plaintiffs' Notice of Nonsuit Without Prejudice of
## North East Independent School District and Medical Wholesale, LLC

Pursuant to Rule 162 of the Texas Rules of Civil Procedure, Plaintiffs hereby voluntarily nonsuit and dismiss <u>without prejudice</u> their claims against Defendants North East Independent School District and Medical Wholesale, LLC. Plaintiffs are not nonsuiting any other defendant and retain their claims against all remaining defendants. Taxable costs are to be borne by the parties incurring the same.

Plaintiffs request that this Court enter the attached Order acknowledging that Plaintiffs nonsuit their claims against Defendants North East Independent School District and Medical Wholesale, LLC without prejudice.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*

Jason A. Itkin
Texas Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that on January 25, 2022 a true and correct copy of the above and foregoing was served upon all counsel of record in compliance with Texas Rules of Civil Procedure.

*/s/ Cory D. Itkin*
Cory D. Itkin

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Leticia Saavedra on behalf of Cory Itkin
Bar No. 24050808
lsaavedra@arnolditkin.com
Envelope ID: 61148886
Status as of 1/26/2022 1:28 PM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/25/2022 11:36:29 PM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/25/2022 11:36:29 PM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 1/25/2022 11:36:29 PM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/25/2022 11:36:29 PM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/25/2022 11:36:29 PM | SENT |
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/25/2022 11:36:29 PM | SENT |

Associated Case Party: North East Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ricardo R.Lopez | | rlopez@slh-law.com | 1/25/2022 11:36:29 PM | SENT |
| Bryan P.Dahlberg | | bdahlberg@slh-law.com | 1/25/2022 11:36:29 PM | SENT |
| Amber Garza | | agarza@slh-law.com | 1/25/2022 11:36:29 PM | SENT |
| Cynthia A.Pacheco | | cpacheco@slh-law.com | 1/25/2022 11:36:29 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Leticia Saavedra on behalf of Cory Itkin
Bar No. 24050808
lsaavedra@arnolditkin.com
Envelope ID: 61148886
Status as of 1/26/2022 1:28 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chrysa Williams | | CWilliams@mayerllp.com | 1/25/2022 11:36:29 PM | SENT |

Associated Case Party: Medical Wholesale, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zach Mayer | | zmayer@mayerllp.com | 1/25/2022 11:36:29 PM | SENT |
| Jason Wilkes | | jwilkes@mayerllp.com | 1/25/2022 11:36:29 PM | SENT |
| Steven Barnett | | sbarnett@mayerllp.com | 1/25/2022 11:36:29 PM | SENT |

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, | § | IN THE DISTRICT COURT OF |
| Individually and on behalf of the | § | |
| Estate of J.G., a minor, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| Community Products, LLC d/b/a Rifton | § | |
| Equipment, Church Communities NY Inc., | § | |
| North East Independent School District, | § | |
| and Medical Wholesale, LLC, | § | |
| | § | |
| *Defendants.* | § | 438th JUDICIAL DISTRICT |

## ORDER ACKNOWLEDGING NONSUIT WITHOUT PREJUDICE OF
## NORTH EAST INDEPENDENT SCHOOL DISTRICT
## <u>& MEDICAL WHOLESALE, LLC</u>

The Court has been advised that Plaintiffs desire to nonsuit their claims against Defendants North East Independent School District and Medical Wholesale, LLC without prejudice.  The Court hereby acknowledges that Plaintiffs nonsuit their claims against these defendants without prejudice.

IT IS THEREFORE ORDERED that all claims by Plaintiffs against Defendants North East Independent School District and Medical Wholesale, LLC are hereby dismissed without prejudice.  Plaintiffs' claims against the remaining defendants continue.  All costs of suit are to be borne by the parties incurring the same.

SIGNED this _____ day of _____, 2022.


_____
Judge Presiding

FILED
1/31/2022 11:17 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 438th District Court

Case 5:22-cv-00080-XR   Document 1-2   Filed 01/31/22   Page 44 of 52

9122   JAG:lea: 7840-001 ANS/JD

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| JENNIFER GILLIS and TORY GILLIS, | § | IN THE DISTRICT COURT |
| Individually and on Behalf of the | § | |
| ESTATE OF J.G., A Minor | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | 438TH JUDICIAL DISTRICT |
| | § | |
| COMMUNITY PRODUCTS, LLC d/b/a | § | |
| RIFTON EQUIPMENT, CHURCH | § | |
| COMMUNITIES NY, INC., NORTH EAST | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| and MEDICAL WHOLESALE, LLC | § | |
| | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT,** Defendant in the above-entitled and numbered cause, and files this ORIGINAL ANSWER replying to PLAINTIFFS' ORIGINAL PETITION and for same says:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant **COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT** enters a general denial and demands that Plaintiffs prove their allegations by a preponderance of the evidence.

### NOTICE OF CONSENT TO ELECTRONIC SERVICE

Defendant **COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT** consents to electronic service of pleadings, motions, orders, notices, and discovery in this cause ***only*** when service is completed through eFileTexas.gov, the state-authorized electronic filing manager.

013122   JAG:lea: 7840-001 ANS/JD

<u>PRAYER</u>

WHEREFORE, Defendant **COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT** prays that Plaintiffs recover nothing from it by way of this suit; that this Defendant recover costs of court, and for such other and further relief, both at law and in equity, to which this Defendant may be justly entitled.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____
 JOHN A. GUERRA
 State Bar No. 08576180
 Email: jguerra@brock.law
 MARK R. STRANDMO
 State Bar No. 00786264
 Email: mstrandmo@brock.law

**ATTORNEYS FOR DEFENDANT**
**COMMUNITY PRODUCTS, LLC d/b/a**
**RIFTON EQUIPMENT**

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 31st day of January, 2022, to:

Jason A. Itkin                          Fax No. 713/222-3850
Cory D. Itkin                           Email: e-service@arnolditkin.com
Arnold & Itkin LLP                             jaiteam@arnolditkin.com
6009 Memorial Drive                            jitkin@arnolditkin.com
Houston, Texas 77007                           citkin@arnolditkin.com
-AND-
Jonathan D. Pauerstein                  Fax No. 210/354-4034
Christopher A. Wright                   Email: jpauerstein@rpsalaw.com
Rosenthal Pauerstein Sandoloski                cwright@rpsalaw.com
  Agather LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212
***Attorneys for Plaintiffs***

013122   JAG:lea: 7840-001 ANS/JD

Ricardo R. Lopez                        Fax No. 210/538-5384
Bryan P. Dahlberg                       Email: rlopez@slh-law.com
Schulman, Lopez, Hoffer                        bdalhberg@slh-law.com
   & Adelstein, LLP
845 Proton Road
San Antonio, Texas 78258
***Attorneys for North East Independent***
***School District***

Zach T. Mayer                           Fax No. 214/379-6939
Jason Wilkes                            Email: zmayer@mayerllp.com
Steve Barnett                                  jwilkes@mayerllp.com
Mayer, LLP                                     sbarnett@mayerllp.com
4040 Broadway, Suite 240
San Antonio, Texas 78209
***Attorneys for Medical Wholesale, LLC***

 

 

_____
JOHN A. GUERRA
MARK R. STRANDMO

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Lori Aniol on behalf of John Guerra
Bar No. 8576180
laniol@brock.law
Envelope ID: 61295471
Status as of 1/31/2022 1:36 PM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jennifer Reed | | jreed@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: North East Independent School District

| Name |
|------|
| Ricardo R.Lopez |
| Bryan P.Dahlberg |
| Amber Garza |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Aniol on behalf of John Guerra
Bar No. 8576180
laniol@brock.law
Envelope ID: 61295471
Status as of 1/31/2022 1:36 PM CST

Associated Case Party: North East Independent School District

| Cynthia A.Pacheco | | cpacheco@slh-law.com | 1/31/2022 11:17:38 AM | SENT |
|---|---|---|---|---|

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chrysa Williams | | CWilliams@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| John Anthony Guerra | 8576180 | jguerra@brock.law | 1/31/2022 11:17:38 AM | SENT |
| Mark R.Strandmo | | mstrandmo@brock.law | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: Medical Wholesale, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zach Mayer | | zmayer@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Wilkes | | jwilkes@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| Steven Barnett | | sbarnett@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |

013122   JAG:lea: 7840-001 ANS/JD

FILED
1/31/2022 11:17 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 438th District Court

CAUSE NO. 2021CI24542

| | | |
|---|---|---|
| JENNIFER GILLIS and TORY GILLIS, | § | IN THE DISTRICT COURT |
| Individually and on Behalf of the | § | |
| ESTATE OF J.G., A Minor | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | 438TH JUDICIAL DISTRICT |
| | § | |
| COMMUNITY PRODUCTS, LLC d/b/a | § | |
| RIFTON EQUIPMENT, CHURCH | § | |
| COMMUNITIES NY, INC., NORTH EAST | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| and MEDICAL WHOLESALE, LLC | § | |
| | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT'S DEMAND FOR JURY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT,**

Defendant in the above-entitled and numbered cause, and makes this DEMAND FOR JURY

TRIAL.

Respectfully submitted,

**BROCK ♦ GUERRA**
**STRANDMO DIMALINE JONES, P.C.**
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile

BY: _____
JOHN A. GUERRA
State Bar No. 08576180
Email:  jguerra@brock.law
MARK R. STRANDMO
State Bar No. 00786264
Email: mstrandmo@brock.law

**ATTORNEYS FOR DEFENDANT**
**COMMUNITY PRODUCTS, LLC d/b/a**
**RIFTON EQUIPMENT**

013122   JAG:lea: 7840-001 ANS/JD

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing has been served in accordance with the Texas Rules of Civil Procedure on this 31st day of January, 2022, to:

| | |
|---|---|
| Jason A. Itkin | Fax No. 713/222-3850 |
| Cory D. Itkin | Email: e-service@arnolditkin.com |
| Arnold & Itkin LLP | jaiteam@arnolditkin.com |
| 6009 Memorial Drive | jitkin@arnolditkin.com |
| Houston, Texas 77007 | citkin@arnolditkin.com |
| -AND- | |
| Jonathan D. Pauerstein | Fax No. 210/354-4034 |
| Christopher A. Wright | Email: jpauerstein@rpsalaw.com |
| Rosenthal Pauerstein Sandoloski | cwright@rpsalaw.com |
|    Agather LLP | |
| 755 E. Mulberry, Suite 200 | |
| San Antonio, Texas 78212 | |
| ***Attorneys for Plaintiffs*** | |

| | |
|---|---|
| Ricardo R. Lopez | Fax No. 210/538-5384 |
| Bryan P. Dahlberg | Email: rlopez@slh-law.com |
| Schulman, Lopez, Hoffer | bdalhberg@slh-law.com |
|    & Adelstein, LLP | |
| 845 Proton Road | |
| San Antonio, Texas 78258 | |
| ***Attorneys for North East Independent*** | |
| ***School District*** | |

| | |
|---|---|
| Zach T. Mayer | Fax No. 214/379-6939 |
| Jason Wilkes | Email: zmayer@mayerllp.com |
| Steve Barnett | jwilkes@mayerllp.com |
| Mayer, LLP | sbarnett@mayerllp.com |
| 4040 Broadway, Suite 240 | |
| San Antonio, Texas 78209 | |
| ***Attorneys for Medical Wholesale, LLC*** | |

JOHN A. GUERRA
MARK R. STRANDMO

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Aniol on behalf of John Guerra
Bar No. 8576180
laniol@brock.law
Envelope ID: 61295471
Status as of 1/31/2022 1:36 PM CST

Associated Case Party: Jennifer  Gillis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Cory D.Itkin | | coryteam@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: TORY GILLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan DPauerstein | | jpauerstein@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Delbert Trevino | | dtrevino@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Aron Itkin | 24032461 | e-service@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Cory Itkin | 24050808 | citkin@arnolditkin.com | 1/31/2022 11:17:38 AM | SENT |
| Christopher Wright | | cwright@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Elizabeth  Carrillo | | ecarrillo@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |
| Jennifer Reed | | jreed@rpsalaw.com | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: North East Independent School District

| Name |
|------|
| Ricardo R.Lopez |
| Bryan P.Dahlberg |
| Amber Garza |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Aniol on behalf of John Guerra
Bar No. 8576180
laniol@brock.law
Envelope ID: 61295471
Status as of 1/31/2022 1:36 PM CST

Associated Case Party: North East Independent School District

| Cynthia A.Pacheco | | cpacheco@slh-law.com | 1/31/2022 11:17:38 AM | SENT |
|---|---|---|---|---|

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chrysa Williams | | CWilliams@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| John Anthony Guerra | 8576180 | jguerra@brock.law | 1/31/2022 11:17:38 AM | SENT |
| Mark R.Strandmo | | mstrandmo@brock.law | 1/31/2022 11:17:38 AM | SENT |

Associated Case Party: Medical Wholesale, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zach Mayer | | zmayer@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| Jason Wilkes | | jwilkes@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |
| Steven Barnett | | sbarnett@mayerllp.com | 1/31/2022 11:17:38 AM | SENT |