IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR; AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR,<br>*Plaintiffs*<br><br>v.<br><br>COMMUNITY PRODUCTS, LLC, CHURCH COMMUNITIES NY, INC.,<br>*Defendants.* | § § § § § § § § § § § § § § § | SA-22-CV-00080-XR |

## ORDER TO TRANSFER

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable David A. Ezra.

It is so **ORDERED**.

**SIGNED** this February 7, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE