UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, Individually and on behalf of the Estate of J.G., a minor, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case 5:22-cv-00080-DAE |
| Community Products, LLC d/b/a Rifton Equipment, Church Communities NY Inc., North East Independent School District, and Medical Wholesale, LLC, | § § § § § | |
| *Defendants*. | § § | |

## **PROPOSED ORDER**

The Court has considered Plaintiffs' Unopposed Motion to Extend the Deadline to Respond to Defendant Church Communities NY, Inc.'s Motion to Dismiss so Plaintiff's May Conduct Jurisdictional Discovery, all responsive briefing, and/or the arguments of counsel and finds that Plaintiffs' motion is meritorious and should therefore be **GRANTED.**

It is **ORDERED** that Plaintiffs' deadline to respond to Defendant Church Communities NY, Inc.'s Motion to Dismiss shall be extended to September 23, 2022.

SIGNED on this _____ day of _____, 2022

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE