IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR; AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR;<br><br>*Plaintiffs*,<br><br>vs.<br><br>COMMUNITY PRODUCTS, LLC, CHURCH COMMUNITIES NY, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § | 5-22-CV-00080-DAE |

**ORDER**

Before the Court is the Motion to Extend Deadline to Respond to Defendant Church Communities NY Inc.'s Motion to Dismiss so Plaintiffs May Conduct Jurisdictional Discovery filed by Plaintiffs Jennifer Gillis and Tory Gillis. *See* Dkt. No. 12. The District Court referred the motion for disposition, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Jun. 30, 2022 text order. Defendant Church Communities NY doesn't oppose Plaintiffs' request for an extension. Nor does Defendant appear to oppose, at least in a general sense, Plaintiffs' request for jurisdictional discovery. Instead, the parties appear to dispute the proper scope of jurisdictional discovery. *See* Dkt. No. 13.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion, Dkt. No. 12, is **GRANTED IN PART AND HELD IN PART IN ABEYANCE** in that Plaintiffs' response deadline is **STAYED** until such time as the Court can address whether and to what extent jurisdictional discovery is appropriate.

1

**IT IS FURTHER ORDERED THAT** Plaintiffs' Motion, Dkt. No. 12, is set for hearing on **July 8, 2022** at **1:30 pm** . All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1608985560

**Meeting ID:** 160 898 5560

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

**IT IS FINALLY ORDERED THAT** the parties shall **meaningfully confer** either via video conference or by telephone about the issues raised in the motion, and they shall then **jointly** file an advisory by **July 7, 2022**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties are able to resolve their dispute prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

*\*\*The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. See Fed. R. Civ. P. 37(a)(5).\*\**

**IT IS SO ORDERED.**

SIGNED this 5th day of July, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE