# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Jennifer Gillis and Tory Gillis, Individually and on behalf of the Estate of J.G., a minor, § § § § *Plaintiffs,* § § v. § § Community Products, LLC d/b/a Rifton Equipment, Church Communities NY Inc., North East Independent School District, and Medical Wholesale, LLC, § § § § § § *Defendants*. § | Case 5:22-cv-00080-DAE |

## Plaintiffs' Unopposed Motion to Continue Hearing

A hearing has been scheduled before Magistrate Judge Farrer for July 8, 2022 at 1:30 p.m. *See* Doc. #15. However, Plaintiffs' counsel was planning to attend a funeral that afternoon. As a result, Plaintiffs respectfully request that the Court continue the hearing until July 12, 2022 at 1:30 p.m. (or whenever is convenient for the Court).

Plaintiffs' counsel has conferred with Defendants' counsel about this issue and Defendants' counsel does not oppose continuing the hearing.

## Conclusion

Plaintiffs respectfully request that the Court grants Plaintiffs' motion and continues the hearing until July 12, 2022 at 1:30 p.m.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiffs has conferred with counsel for Defendants in a good faith effort to resolve the issue raised in this motion and that counsel for Defendants is unopposed as to the disposition of this motion.

*/s/ Cory Itkin*
Cory Itkin

**CERTIFICATE OF SERVICE**

This is to certify that on July 7, 2022, the foregoing was electronically filed the with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operations of the Court's Electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Cory D. Itkin*
Cory D. Itkin