IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR; AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR;<br><br>*Plaintiffs,*<br><br>vs.<br><br>COMMUNITY PRODUCTS, LLC, CHURCH COMMUNITIES NY, INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | 5-22-CV-00080-DAE |

## ORDER

**IT IS ORDERED THAT** the July 8, 2022, Motions Hearing **is RE-SET** to <u>**July 12, 2022** at **1:30 p.m.**</u>

**IT IS SO ORDERED**.

SIGNED this 8th day of July, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE