**EXHIBIT B**

| | |
|---|---|
| **From:** | Celia Guerra |
| **To:** | Cory Itkin; Cory Team; cwright@rpsalaw.com; Jason Itkin; jpauerstein@rpsalaw.com; ddoonkeen@rpsalaw.com; dtrevino@rpsalaw.com; nwexler@arnolditkin.com |
| **Cc:** | John A. Guerra; Mark R. Strandmo; Julie Forner; Clari A. Feuerbacher; Stacy Reyes |
| **Subject:** | Gillis v. Community Products / File 7840-001 |
| **Date:** | Monday, September 26, 2022 12:41:13 PM |
| **Attachments:** | 7840001 ATTY ITKIN 35 (Pl disc resp)ceg.pdf<br>image001.png |

Cory –

We can present Sam Durgin and Travis Scott on October 25-28 at our office in San Antonio. Sam and Travis will testify individually and as corporate representatives on the topics you previously provided, but with the modifications listed below:

(1)  Your knowledge on the incident made the basis of this lawsuit
(2)  Your investigation into the incident made the basis of this lawsuit
(3)  Your contentions as to the causes of the incident made the basis of this lawsuit
(4)  The factual bases for any defenses to liability you are asserting in this lawsuit
(5)  Your design of the make and model Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(6)  Your manufacture of the Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(7)  Your sale and/or distribution of the Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(8)  Your marketing of the make and model Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(9)  Your relationship, dealings, and interactions with Plaintiffs
(10) Your relationship, dealings, and interactions with Plaintiffs' school and/or school district
(11) Your relationship, dealings, and interactions with Plaintiffs' medical providers, therapists, counselors, and/or educational providers
(12) The ~~adequacy of any~~ warnings and/or instructions related to the Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(13) The ~~adequacy of any~~ warnings and/or instructions related to the make and model of the Activity Chair, accessories, and/or component parts being used by Jackson Gillis
(14) The design and warnings of predecessor products designed, manufactured, sold, and/or distributed by You
(15) The design and warnings of successor products designed, manufactured, sold, and/or distributed by You
(16) Any changes and/or modifications made to the design and/or warnings related to the make and model Activity Chair, accessories, and/or component parts being used by Jackson Gillis since his death

(17) The design and warnings of similar products designed, manufactured, sold, and/or distributed by Your competitors
(18) The existence of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy a judgment
(19) The search for, location of, and existence of documents responsive to Plaintiffs' discovery requests.

Please let us know when we can inspect the Activity Chair and its accessories. We would like to get that set up before Sam and Travis' depositions.

We previously subpoenaed records from various entities related to the underlying incident and anticipate receiving them shortly. Assuming those records have been received in the coming weeks, we would like to schedule the depositions of Tory and Jennifer Gillis. Can you provide available dates?

Can you take a look at Plaintiffs' discovery responses referenced in my attached letter? Specifically, Jennifer's answers to ROG 14 and 15; and Plaintiffs' Responses to RFP 3, 7, 8, 10, 12, 13, 16, 17, 18, 19, 21, 26, 27, 28, 29, 30, 31, 32, 49, 50, 51, 53, 58, 61 and 64. Additionally, Responses to RFP 20, 22, 37, 38 and 60 reference attached documents that we have not received. We also did not receive a copy of the CD referenced in R00000043-44 (radiology records from North Central Baptist).

Thanks.

Celia E. Guerra | Attorney
cguerra@brock.law



**LEGAL AND CONFIDENTIALITY NOTICE:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged and confidential. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this e-mail. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.