**From:** Celia Guerra
**To:** Cory Itkin; Cory Team; cwright@rpsalaw.com; Jason Itkin; jpauerstein@rpsalaw.com; ddoonkeen@rpsalaw.com; dtrevino@rpsalaw.com; Noah Wexler
**Cc:** John A. Guerra; Mark R. Strandmo; Julie Forner; Clari A. Feuerbacher; Stacy Reyes
**Subject:** RE: Gillis v. Community Products / File 7840-001
**Date:** Wednesday, October 19, 2022 3:35:40 PM
**Attachments:** image001.png

Yes, but they did not address deficiencies in Jennifer's answers to ROG 14 and 15; and Plaintiffs' Responses to RFP 3, 7, 8, 10, 12, 13, 16, 17, 18, 19, 21, 26, 27, 28, 29, 30, 31, 32, 49, 50, 51, 53, 58, 61 and 64. Additionally, Responses to RFP 20, 22, 37, 38 and 60 reference attached documents that we have not received.

Celia E. Guerra | Attorney
cguerra@brock.law



BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.
17339 Redland Road | San Antonio, Texas 78247
Telephone: 210.979.0100 | Fax: 210.979.7810

LEGAL AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged and confidential. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this e-mail. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.

**From:** Cory Itkin <citkin@ArnoldItkin.com>
**Sent:** Wednesday, October 19, 2022 3:32 PM
**To:** Celia Guerra <cguerra@brock.law>; Cory Team <CoryTeam@ArnoldItkin.com>; cwright@rpsalaw.com; Jason Itkin <jitkin@ArnoldItkin.com>; jpauerstein@rpsalaw.com; ddoonkeen@rpsalaw.com; dtrevino@rpsalaw.com; Noah Wexler <nwexler@ArnoldItkin.com>
**Cc:** John A. Guerra <jguerra@brock.law>; Mark R. Strandmo <mstrandmo@brock.law>; Julie Forner <jforner@brock.law>; Clari A. Feuerbacher <cfeuerbacher@brock.law>; Stacy Reyes <sreyes@brock.law>
**Subject:** RE: Gillis v. Community Products / File 7840-001

Celia-

Have you had a chance to review the supplemental discovery responses we sent on August 16? I think those address the issues you raised, but let me know if I a am mistaken.

Cory Itkin
Trial Lawyer



**From:** Celia Guerra <cguerra@brock.law>
**Sent:** Wednesday, October 19, 2022 3:28 PM
**To:** Cory Itkin <citkin@ArnoldItkin.com>; Cory Team <CoryTeam@ArnoldItkin.com>; cwright@rpsalaw.com; Jason Itkin <jitkin@ArnoldItkin.com>; jpauerstein@rpsalaw.com; ddoonkeen@rpsalaw.com; dtrevino@rpsalaw.com; Noah Wexler <nwexler@ArnoldItkin.com>
**Cc:** John A. Guerra <jguerra@brock.law>; Mark R. Strandmo <mstrandmo@brock.law>; Julie Forner <jforner@brock.law>; Clari A. Feuerbacher <cfeuerbacher@brock.law>; Stacy Reyes <sreyes@brock.law>
**Subject:** RE: Gillis v. Community Products / File 7840-001

Yes, we can agree to those dates, subject to a trial setting that we have that week.

When can we expect Plaintiffs' supplemental responses to our discovery requests? I believe there are still quite a few outstanding issues outlined in my August 1st letter that have not yet been addressed. Please let me know if we need to discuss any of the requests at issue in further detail.

Thanks.

Celia E. Guerra | Attorney
cguerra@brock.law



BROCK ◆ GUERRA
STRANDMO DIMALINE JONES, P.C.
17339 Redland Road | San Antonio, Texas 78247
Telephone: 210.979.0100 | Fax: 210.979.7810
www.brock.law

**LEGAL AND CONFIDENTIALITY NOTICE:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged and confidential. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and/or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this e-mail. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature.