| | |
|---|---|
| **From:** | Clari A. Feuerbacher |
| **To:** | Cory Itkin |
| **Cc:** | Celia Guerra; John A. Guerra |
| **Subject:** | Our file 344-1141 Gillis v. Community Products |
| **Date:** | Tuesday, October 25, 2022 5:07:35 PM |
| **Attachments:** | Jackson Gillis 000001 - 000019.pdf<br>image001.png<br>image002.png |

Mr. Itkin –

Plaintiffs responded that medical authorization was attached – I do not find an authorization produced. We need an authorization along with the document providing authority for the individual signing the authorization.

> REQUEST FOR PRODUCTION NO. 20: Produce a Medical Authorization permitting the full disclosure of medical records, reports, x-rays, or other health care documentation for J.G. A Medical Authorization is attached and can be used to respond to this request.
>
> RESPONSE: Please see attached.

Thank you,

CLARI A. FEUERBACHER
Legal Assistant to John A. Guerra
and Mark R. Strandmo
Brock Guerra Strandmo Dimaline Jones, P.C.
17339 Redland Road
San Antonio, Texas  78247-2304
e-mail: cfeuerbacher@brock.law
210/979-0100 Ext. 515
210/979-7810 – FAX



**This e-mail is intended for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader and/or recipient of this e-mail is not the intended recipient, you are notified that any dissemination, distribution, or copying of this e-mail is prohibited.  If you have received this e-mail in error, please notify the sender immediately at the sender's e-mail address, and delete this e-mail from your system.  Thank you.**