IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS and TORY GILLIS, Individually and on Behalf of the ESTATE OF J.G., A Minor | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | SA-22-CV-00080-DAE |
| COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT, CHURCH COMMUNITIES NY, INC., NORTH EAST INDEPENDENT SCHOOL DISTRICT and MEDICAL WHOLESALE, LLC | § § § § § § | |
| Defendants. | § | JURY DEMANDED |

## PROPOSED ORDER

The Court has considered Defendant Community Products, LLC's *Opposed Motion to Compel,* Plaintiffs' Response, any additional responsive briefing and/or arguments of counsel and enters the following Order:

IT IS HEREBY ORDERED by the Court that Defendant's Opposed Motion to Compel is GRANTED.

SIGNED this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE