# Exhibit B

**Katelin Gines**

| | |
|---|---|
| **From:** | Katelin Gines |
| **Sent:** | Wednesday, November 16, 2022 8:21 AM |
| **To:** | Katelin Gines |
| **Subject:** | FW: Jennifer Gillis et al v. Community Products |

## Katelin Gines
Trial Lawyer



t   (713) 222-3800      6009 Memorial Drive
f   (713) 222-3850      Houston, TX 77007

**arnolditkin.com**   f   𝕏   ⬤   in

---

**From:** Debbie Bowman
**Sent:** Tuesday, August 16, 2022 1:14 AM
**To:** Celia Guerra <cguerra@brock.law>; jpauerstein@rpsalaw.com; cwright@rpsalaw.com
**Cc:** John A. Guerra <jguerra@brock.law>; Mark R. Strandmo <mstrandmo@brock.law>; Clari A. Feuerbacher
<cfeuerbacher@brock.law>; Brenda L. Lawrence <blawrence@brock.law>; Julie Forner <jforner@brock.law>;
JacksonGillisZ58545@arnoldtkin.filevineapp.com; Delbert Trevino <DTrevino@rpsalaw.com>; Ali Poulson
<APoulson@ArnoldItkin.com>
**Subject:** Jennifer Gillis et al v. Community Products

Dear Counsel,

Below is a link to Plaintiffs' supplemental discovery responses:

https://arnolditkin.filev.io/r/s/ac0bo9GSSqg23wqEcQkrt9p1cK94TCF4fkt5X526YLfW3k4chu1WmZyM

Below are links to the following:

https://arnolditkin.filev.io/r/s/ac0dN9yG1IZsTbqEanHTK3rypq4RFAXt3bWwsa5iZc5DAo80Z7RrHkws

- R000001 - R000010 J. Gillis - Baptist Health System - North Central Baptist Medical Center – Billing;
- R000011 - R000042 J. Gillis - Bexar County Medical Examiner's Office – Autopsy;
- R000043 - R000044 J. Gillis - North Central Baptist Hospital – Radiology; and
- R000045 - R000077 J. Gillis - Sunset North Funeral Home – Funeral Cremation and Burial.

Executed Authorizations and Jackson Gillis 000001 – 000019 -
https://arnolditkin.filev.io/r/s/ac10L57ffqyXkfHSgaH4yaqSX5hrhCTSk7fYUvXASfhjw8uy323dAcPR

Thank you.