IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, Individually and on behalf of the Estate of J.G., a minor, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | SA-22-CV-0080-XR |
| Community Products, LLC d/b/a Rifton Equipment, Church Communities NY Inc., North East Independent School District, and Medical Wholesale, LLC, | § § § § § § | |
| *Defendants*. | § | |

## ORDER

The Court having considered Defendant Community Products, LLC's Motion to Compel, all responsive briefing, and the arguments of counsel, and finds that Defendant's Motion is meritorious and should be **DENIED**.

It is therefore **ORDERED** that Defendant Community Products, LLC's Motion to Compel is hereby **DENIED**.

SIGNED this _____ day of _____, 2022.

_____
Presiding Judge