IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JENNIFER GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR; AND TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR;<br><br>*Plaintiffs*,<br><br>vs.<br><br>COMMUNITY PRODUCTS, LLC,<br><br>*Defendant*. | §§§§§§§§§§§§§<br><br>5-22-CV-00080-DAE |

**ORDER**

Before the Court is the Motion to Compel filed by Defendant Community Products, LLC. *See* Dkt. No. 24. The District Court referred this motion for resolution, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* text order dated November 8, 2022. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** the Motion to Compel, Dkt. No. 24, is set for a hearing on **December 13, 2022 at 1:30 pm**. The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information. The parties should be prepared to discuss the motion at the hearing and their efforts to resolve the discovery dispute that gave rise to it.

**IT IS FURTHER ORDERED THAT** the parties shall **meaningfully confer** either via video conference or by telephone about the issues raised in the motion, and they shall then **jointly file an advisory by noon on December 8, 2022**. The advisory should discuss the parties'

conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties are able to resolve their dispute prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

***The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. See Fed. R. Civ. P. 37(a)(5).***

**IT IS SO ORDERED**.

SIGNED this 29th day of November, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE