IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jennifer Gillis and Tory Gillis, | § | |
| Individually and on behalf of the | § | |
| Estate of J.G., a minor, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Case 5:22-cv-00080-DAE |
| Community Products, LLC d/b/a Rifton | § | |
| Equipment, Church Communities NY Inc., | § | |
| North East Independent School District, | § | |
| and Medical Wholesale, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## Plaintiffs' Unopposed Motion to Appear Remotely at Hearing

A discovery hearing has been scheduled before Magistrate Judge Farrer for December 13, 2022 at 1:30 p.m.  *See* Doc. #27.  Plaintiffs' counsel is scheduled to be out-of-town for a previously scheduled vacation that day.  As a result, Plaintiffs respectfully request that the Court allow Plaintiffs' counsel to appear remotely at the hearing via Zoom.  Defendant's counsel does not oppose this request.  Moreover, the hearing deals with a motion to compel discovery.  After conferring with Defendants' counsel about the merits of the motion, many issues appear to be moot and the remaining issues are not document-intensive or complex issues.  In other words, remote attendance is unlikely to hinder the Court's ability to effectively preside over the hearing and make informed rulings.

## Conclusion

Plaintiffs respectfully request that the Court grants Plaintiffs' motion and allows Plaintiffs' counsel to appear remotely at the December 13, 2022 hearing.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiffs has conferred with counsel for Defendants in a good faith effort to resolve the issue raised in this motion and that counsel for Defendants is unopposed as to the disposition of this motion.

*/s/ Cory Itkin*
Cory Itkin

**CERTIFICATE OF SERVICE**

This is to certify that on December 5, 2022, the foregoing was electronically filed the with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operations of the Court's Electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Cory D. Itkin*
Cory D. Itkin