IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS and TORY GILLIS, Individually and on Behalf of the ESTATE OF J.G., A Minor<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT, CHURCH COMMUNITIES NY, INC., NORTH EAST INDEPENDENT SCHOOL DISTRICT and MEDICAL WHOLESALE, LLC<br><br>Defendants. | § § § § § § § § § § § § § § § § § | SA-22-CV-00080-DAE<br><br><br><br>JURY DEMANDED |

## ORDER EXTENDING MEDIATION DEADLINE

The Court has considered the parties' *Agreed Joint Motion to Extend Mediation Deadline* and finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the parties' *Agreed Joint Motion to Extend Mediation Deadline* is GRANTED such that the Scheduling Order originally entered in this case on April 20, 2022 (Doc. No. 10) is amended as follows: The parties must mediate this case on or before **April 3, 2023** and file a report in accordance with Rule 88 after the mediation is competed.

IT IS SO ORDERED.

SIGNED this 30th day of January, 2023.

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE