IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER GILLIS and TORY GILLIS, Individually and on Behalf of the ESTATE OF J.G., A Minor | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | SA-22-CV-00080-DAE |
| COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT, CHURCH COMMUNITIES NY, INC., NORTH EAST INDEPENDENT SCHOOL DISTRICT and MEDICAL WHOLESALE, LLC | § § § § § § | |
| Defendants. | § | JURY DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this date came Plaintiffs JENNIFER GILLIS and TORY GILLIS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF J.G., A MINOR and Defendant COMMUNITY PRODUCTS, LLC d/b/a RIFTON EQUIPMENT, and under Federal Rule of Civil Procedure 41(a)(1)(ii) file this Joint Stipulation of Dismissal of all claims in the above referenced case with prejudice to the re-filing of same. The Court, after considering the stipulation and the pleadings on file herein finds this case is not a class action, no receiver has been appointed in this action, and this case is not governed by any federal statute requiring an order of the court for dismissal of the case.

The Court is therefore of the opinion that the Joint Stipulation of Dismissal with Prejudice should be GRANTED.

IT IS ACCORDINGLY ORDERED AND DECREED that this case be dismissed with prejudice to the re-filing of same. IT IS FURTHER ORDERED AND DECREED that all court costs should be borne by the party incurring same.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

| | |
|---|---|
| **ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007<br>(713) 222-3800 Telephone<br>(713) 222-3850 Facsimile<br><br>BY: *Cory D. Itkin w/p CEG*<br>　　JASON A. ITKIN<br>　　State Bar No. 24032461<br>　　Email: jitkin@arnolditkin.com<br>　　CORY D. ITKIN<br>　　State Bar No. 24050808<br>　　Email: citkin@arnolditkin.com<br>　　Email: e-service@arnolditkin.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | **BROCK ♦ GUERRA**<br>**STRANDMO DIMALINE JONES, P.C.**<br>17339 Redland Road<br>San Antonio, Texas 78247-2304<br>(210) 979-0100 Telephone<br>(210) 979-7810 Facsimile<br><br>BY: *Celia Guerra*<br>　　JOHN A. GUERRA<br>　　State Bar No. 08576180<br>　　Email: jguerra@brock.law<br>　　CELIA E. GUERRA<br>　　State Bar No. 24069756<br>　　Email: cguerra@brock.law<br><br>**ATTORNEYS FOR DEFENDANT** |